UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTY MARCEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3278** |
| **DARREL VANNOY, WARDEN** | **SECTION: "H"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation (Doc. 11), hereby approves the Report and Recommendation of the United States Magistrate Judge (Doc. 10) and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Arty Marcel is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of August, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**